IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MERRILL LYNCH, PIERCE, FENNER & SMITH, INC. and MERRILL LYNCH LIFE INSURANCE COMPANY )<br><br>Plaintiffs,<br><br>v.<br><br>DR. RAVINDRA K. SACHDEVA and DR. IFTIKHAR A. CHATA, individually and as Executors of the Estate of DR. GULUM H. MOONDA and DONNA J. MOONDA a/k/a DONNA SMOUSE,<br><br>Defendants. | Civil Action No. 2:07-cv-00193-GLL<br><br>Judge Lancaster<br><br>Magistrate Judge Caiazza |

### STIPULATION OF DISMISSAL

Plaintiffs, Merrill Lynch, Pierce, Fenner & Smith, Inc. ("Merrill Lynch") and Merrill Lynch Life Insurance Company ("Merrill Lynch Life Insurance") (collectively, "Plaintiffs"), along with Defendants, Dr. Ravindra K. Sachdeva and Dr. Iftikhar A. Chata, individually and as Executors of the Estate of Dr. Gulum H. Moonda (the "Estate") and Donna J. Moonda a/k/a Donna Smouse (the "Surviving Spouse") (collectively, "Defendants"), by and through their respective undersigned counsel, and pursuant to Rule 41(a)(1)(ii), hereby stipulate to the dismissal of this action, with prejudice.

This case has been settled to the mutual satisfaction of Plaintiffs and Defendants, in accordance with the terms of the *Instructions to Merrill Lynch Pierce Fenner & Smith Inc. and Merrill Lynch Life Insurance Company Release of Liability, and Indemnification Agreement*, which is attached hereto as Exhibit "A" and the terms of which are hereby incorporated by reference.

SO ORDERED, this 23rd day of May, 2007.

_____
Gary L. Lancaster, U.S. District Judge

{K0139968.1}
K0139968